**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                                      **CRIMINAL ACTION NO. 2:06CR008-P-B**

**DANIEL FORD,**                                                       **DEFENDANT.**

## ORDER

This matter comes before the court in relation to the court's May 15, 2006 Order in which the court denied Bobby Taylor Vance, Esq.'s motion to withdraw until the defendant's new counsel filed a notice of appearance. The defendant's new counsel, Peter Anthony Stuart III, Esq., filed his Notice of Appearance on June 21, 2006. Accordingly, the court now grants Bobby Taylor Vance, Esq.'s motion to withdraw as counsel for the defendant.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Bobby Taylor Vance, Esq. is hereby **WITHDRAWN** as attorney of record for Defendant Daniel Ford in the above-referenced matter.

**SO ORDERED** this the 22nd day of June, A.D., 2006.

                                                                     /s/ W. Allen Pepper, Jr.
                                                                     W. ALLEN PEPPER, JR.
                                                                     UNITED STATES DISTRICT JUDGE